IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: Jeffrey & Patricia Corbin ) | CASE NO. 18-42232 |
| ) | |
| Debtors ) | JUDGE RUSS KENDIG |
| ) | |
| ) | CHAPTER 13 |
| ) | |
| ) | **OBJECTION TO CLAIM OF** |
| ) | **CAPITAL ONE AUTO FINANCE,** |
| ) | **CLAIM #2 FILED 11-09-18** |

## FACTS

COME NOW, Jeffrey & Patricia Corbin, (the "DEBTORS"), who for their objection to the claim filed by Capital One Auto Finance state the following:

1. Debtors filed for protection under Chapter 13 of Title 11 of the U.S. Code on November 2, 2018;

2. Capital One Auto Finance filed claim #2 on November 9, 2018 for participation in the payment of the plan in the sum of $10,398.88, secured, plus 10.910% interest.

## BASIS FOR OBJECTION

Debtors object to the claim for the reason that the debt is being paid outside the plan by the non-filing co-debtor as provided for in the amended plan.

## RELIEF REQUESTED

WHEREFORE, Debtors respectfully ask that the claim of Capital One Auto Finance in the amount of $10,398.88, secured, plus 10.910% interest not be paid as filed; instead, Debtors respectfully ask that this Court issue an Order instructing the Trustee not to pay the claim.

Respectfully submitted,

ROBERT A. CIOTOLA CO., L.P.A.

/s/ Robert A. Ciotola
ROBERT A. CIOTOLA (#0012487)
Attorney for Debtors
3701 Boardman-Canfield Road
Unit 1
Canfield, OH 44406
(330) 533-8885

# CERTIFICATE OF SERVICE

I certify that on January __14__, 2019, a true and correct copy of the foregoing Objection was served:

Via the Court's Electronic Case Filing System on the U.S. Trustee, and these entities and individuals who are listed on the Court's Electronic Mail Notice List:
Michael A. Gallo, on behalf of the Chapter 13 Trustee's office at mgallo@trustee.com, mgallo@ecf.spiqsystems.com;

And by regular U.S. mail, postage paid, on:
Jeffrey & Patricia Corbin, 1621 Lincoln Ave., Wellsville, OH 43968;
Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118;

/s/ Robert A. Ciotola
ROBERT A. CIOTOLA
Attorney for Debtors
3701 Boardman-Canfield Road
Unit 1
Canfield, OH 44406
(330) 533-8885
rac@raciotola.com