**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 02:26 PM March 4, 2019**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JEFFREY PHILLIP CORBIN | ) | CASE NO. 18-42232 |
| AND PATRICIA JO CORBIN, | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtors. | ) | |
| | ) | **ORDER OVERRULING DEBTORS'** |
| | ) | **OBJECTION TO CLAIM 2-1** |
| | ) | |

Now before the court is Debtors' objection to proof of claim number 2-1 filed by Capital One Auto Finance, a division of Capital One, N.A. ("Capital One"). For the reasons contained in the corresponding Memorandum of Opinion, the objection is not well-taken and is **DENIED**.

It is so ordered.

# # #

**Service List:**

AIS Portfolio Services, LP
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73113

Robert A. Ciotola
3701 Boardman Canfield Road Unit 1
Canfield, OH 44406

Michael A. Gallo
5048 Belmont Avenue
Youngstown, OH 44505